**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00939-CV

### JACK LAGOS, Appellant

### V.

### PLANO ECONOMIC DEVELOPMENT BOARD, INC., PHIL DYER AND SALLY BANE, Appellees

On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00663-2013

## ORDER

By order entered September 10, 2014, we granted appellant's motion to extend time to file his notice of appeal. Following entry of that order, we became aware that appellant's counsel, who filed the motion on appellant's behalf, is not eligible to practice law. On September 12, 2014, we directed counsel to file, no later than September 18, 2014, a letter clarifying his eligibility to practice law. Instead of the requested letter, a motion to withdraw and substitute counsel was filed. Also filed was a September 18, 2014 motion to extend time to file notice of appeal signed by substituted counsel. We **GRANT** appellant's motion to withdraw and **DIRECT** the Clerk of the Court to remove Raul Loya as counsel for appellant and substitute Souran Ashjari in his place. We further **VACATE** our September 10, 2014 order and **GRANT**

appellant's September 18th motion to extend time to file notice of appeal. Appellant's July 18, 2014 notice of appeal shall be treated as timely filed for jurisdictional purposes.

We **DENY** appellees' September 10, 2014 motion to dismiss appeal.


/s/      ELIZABETH LANG-MIERS
         JUSTICE